No. 2670. GONZÁLEZ, APPELLANT, v. RIVERA, APPELLEE.— District Court of Arecibo. Decided May 4, 1923. Injunction to recover possession. Considering the appellee's motion, the pleadings and the testimony of witnesses as to the execution of the judgment, and it not appearing from the testimony of the defendant or elsewhere in the record that when the judgment was rendered the water-closet and cistern to which the motion refers existed, the motion is overruled.

No. 565. GANDÍA, APPELLANT, v. REGISTRAR OF SAN JUAN, SECTION 1, RESPONDENT.—Decided May 11, 1923. Refusal to record an assignment of curable defect. Appellant's brief having been examined and considering section 1316 of the Civil Code and the cases cited by the registrar in his brief, to wit, *Sánchez et al.*, v. *Registrar* 28 P. R. R. 624, and *Dooley* v. *Registrar*, 12 P. R. R. 202, the decision is affirmed.

No. 3051. JORGE, APPELLEE, v. RODRÍGUEZ ET AL., APPELLANTS.—Second District Court of San Juan. Decided May 11, 1923. The motion of withdrawal made by Castro, one of the appellants, is sustained.

No. 2845. CENTRAL PASTO VIEJO, INC., INTERVENOR-APPELANT, v. BARNÉS ET AL., DEFENDANTS AND APPELLEES.—District Court of Humacao. May 11, 1923. Considering that the only error assigned is that the court abused its discretion in not mulcting one of the parties in costs and it not appearing that such error is so manifest as to require a reversal, the judgment is affirmed.

No. 2851. BATISTA, APPELLANT, v. BATISTA ET AL., APPELLEES.—First District Court of San Juan. Decided May 21, 1923. Division of community. The evidence being conflicting and the only error assigned being that the court acted with passion, prejudice and partiality in weighing it, and the appellant's brief not including the facts or the evidence in support of the said assignment, the judgment is affirmed.